

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00410-CV

| | | |
|---|---|---|
| ESTATE OF RANDALL CROSS STEGALL, DECEASED | § | On Appeal from Probate Court No. 1 |
| | § | of Tarrant County (2013-PR00717-2-1-A) |
| | § | November 21, 2019 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the trial court's judgment on Appellant Priscilla Stegall's claims for fraudulent inducement, fraud by nondisclosure, fraud by partial disclosure, and negligent misrepresentation and remand those claims to the trial court. We also reverse the trial court's dismissal of

Appellant Priscilla Stegall's declaratory-judgment claim and remand that claim to the trial court. We affirm the remainder of the trial court's judgment.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr